# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: John Joseph Jones a/k/a John J. Jones a/k/a John Jones** | **BK NO. 21-02023 MJC** |
| **Jasmine Minx Jones f/k/a Jasmine Helfrick a/k/a Jasmine Jones f/k/a Jasmine Minx Helfrick f/k/a Jasmine M. Helfrick a/k/a Jasmine M. Jones** | **Chapter 13** |
| **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
04 Aug 2023, 16:53:18, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322