Liberty Mutual
PO Box 958416
Lake Mary FL 32795



John Jones
Jasmine Jones
388 Hobbie Rd
Nescopeck, PA 18635-2400

**CONTACT US**
For questions, please call us at
1-800-225-8285

Date: November 30, 2023

Dear John & Jasmine,

Please see the enclosed form(s).

- Certificate of Automobile Insurance (Binder)

Thank you for being a loyal Liberty Mutual customer.

Sincerely,

Liberty Mutual



## CERTIFICATE OF AUTOMOBILE INSURANCE

THIS IS TO CERTIFY THAT the named insured is, at the date of this certificate, insured by the company with respect to the automobiles hereinafter described for the types of insurance and respective coverages hereinafter designated by entry of the limits of liability or a statement that the coverage is in effect and in accordance with the provisions of the Automobile Policy in use by said company.

This Certificate of Insurance neither affirmatively nor negatively amends, extends or alters the coverage afforded by the policy.

INSURED'S NAME AND ADDRESS

John Jones
Jasmine Jones
388 Hobbie Rd
Nescopeck, PA 18635-2400

FOR LIEN HOLDER INQUIRIES, CALL OR WRITE
1-800-409-0733
P O BOX 29017
PHOENIX, AZ 85038

### DESCRIPTION OF THE INSURANCE FOR WHICH THIS CERTIFICATE IS ISSUED

Policy Number: AOS28147169970  Effective Date: 01/20/2023  Expiration Date: 01/20/2024

| COVERAGES: | PART A | PART B | PART D — DAMAGE TO YOUR AUTO COVERAGE | |
|---|---|---|---|---|
| | BODILY INJURY PROPERTY DAMAGE | MEDICAL PAYMENTS COVERAGE | COVERAGE FOR LOSS CAUSED BY COLLISION INCLUDED | DEDUCTIBLE AMOUNT APPLICABLE TO EACH LOSS IN DOLLARS |
| | | | | Loss Caused by Collision / Loss Other Than Loss Caused by Collision |
| Limits of Liability | $15/30 $10000 | | Yes | "ACV" indicates Actual Cash Value ACV Less $1000 Deductible / "ACV" indicates Actual Cash Value ACV Less $500 Deductible |
| * Includes Medical Expense | Accidental Death Benefit: $ | | Protection Against Uninsured Motorists Coverage — Limit Selected: $15/30 | |

### DESCRIPTION OF AUTOMOBILES

| Year of Model | Trade Name | Body Type | Identification or Serial Number |
|---|---|---|---|
| 2016 | GMC | UTL4X44D | 1GKS2HKJXGR420107 |

**ADDITIONAL INTEREST**
Such insurance as is afforded under the Liability Coverage of the policy shall also apply, with respect to covered autos, to each interest hereinafter named, as an insured; but such inclusion of additional interest or interests shall not operate to increase the limit of the company's liability.

NAME AND ADDRESS:

The insurance described herein is in effect on the date of this certificate and shall remain in force until canceled in accordance with the terms of the policy.

Loss PAYEE and ADDRESS

Exeter finance LLc
PO BOX 390477
MINNEAPOLIS, MN 55439-0477

Secretary  President
Dated: 11/30/2023  at: 03:46 PM

Countersigned
AUTHORIZED REPRESENTATIVE



**LOSS PAYEE**

Such insurance as is afforded by the policy for loss of or damage to the automobile is payable, as interest may appear, to the named insured and the Loss Payee indicated on the previous page in accordance with the terms of the Loss Payable Clause.

Term of Loan: From: 12/01/2020  To: 11/30/2026

**LOSS PAYABLE CLAUSE**

Loss or damage, under this policy, shall be paid as interest may appear to you and the loss payee shown on the front of this certificate. This insurance covering the interest of the loss payee shall not become invalid because of your fraudulent acts or omissions, unless the loss results from your conversion, secretion or embezzlement of **your covered auto.** However, we reserve the right to cancel the policy as permitted by policy terms, and the cancellation shall terminate this agreement as to the loss payee's interest. We will give the same advance notice of cancellation to the loss payee as we give to the named insured shown in the declarations.

When we pay the loss payee, we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

**NOTICE TO OTHERS IF CANCELLATION OCCURS**

"We" will not cancel "Your" Policy or reduce the insurance under any of its coverages until at least 10 days after we have mailed a written notice of such cancellation or reduction to the person(s) named as additional interest on reverse side.

AS1019 (ed 12-89)