| | |
|---|---|
| In re: | Case No. 21-02023-MJC |
| John Joseph Jones | Chapter 13 |
| Jasmine Minx Jones | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5             User: AutoDocke             Page 1 of 4
Date Rcvd: Nov 15, 2024        Form ID: ordsmiss            Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | John Joseph Jones, Jasmine Minx Jones, 388 Hobbie Rd, Nescopeck, PA 18635-2400 |
| 5436076 | | Home Credit, Attn: Bankruptcy, PO Box 2394, Omaha, NE 68103-2394 |
| 5436060 | | Jones Jasmine Minx, 388 Hobbie Rd, Nescopeck, PA 18635-2400 |
| 5436059 | | Jones John Joseph, 388 Hobbie Rd, Nescopeck, PA 18635-2400 |
| 5436078 | | Members Choice Finan F, 390 Walnut St, Danville, PA 17821-1503 |
| 5437378 | + | Split Rock, PO Box 547-B, Lake Harmony, PA 18624-0819 |
| 5437379 | + | Split Rock Development, LLC, PO Box 96058, Las Vegas, NV 89193-6058 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 15 2024 22:23:00 | Exeter Finance LLC f/k/a Exeter Finance Corp., 4515 N. Santa Fe Avenue, APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Nov 15 2024 22:23:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Nov 15 2024 22:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5436062 | | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 15 2024 17:23:02 | Affirm, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5436066 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 15 2024 17:18:00 | Carmax Auto Finance, 225 Chastain Meadows Ct NW, Kennesaw, GA 30144-5897 |
| 5436067 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 15 2024 17:18:00 | Carmax Auto Finance, Attn: Bankruptcy, PO Box 440609, Kennesaw, GA 30160-9511 |
| 5436064 | | EDI: CAPITALONE.COM | Nov 15 2024 22:23:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5440681 | | EDI: CAPITALONE.COM | Nov 15 2024 22:23:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5436065 | | EDI: CAPITALONE.COM | Nov 15 2024 22:23:00 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5436068 | | EDI: CITICORP | Nov 15 2024 22:23:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5436070 | | EDI: CITICORP | Nov 15 2024 22:23:00 | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5444780 | | EDI: CITICORP | Nov 15 2024 22:23:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

| Recipient ID | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- |
| 5436071 | Email/Text: Mercury@ebn.phinsolutions.com | Nov 15 2024 17:18:00 | Credit Card/Fb&T, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 5436072 | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2024 17:33:16 | Credit One, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5436075 | EDI: DISCOVER | Nov 15 2024 22:23:00 | Discover, 5420 W 1730 S, Salt Lake City, UT 84104-5335 |
| 5436073 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 15 2024 17:18:00 | Department of Education/Nelnet, Attn: Bankruptcy, PO Box 82561, Lincoln, NE 68501-2561 |
| 5436074 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 15 2024 17:18:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 5440204 | EDI: DISCOVER | Nov 15 2024 22:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5463859 | Email/Text: ECMCBKNotices@ecmc.org | Nov 15 2024 17:18:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5463860 | Email/Text: ECMCBKNotices@ecmc.org | Nov 15 2024 17:18:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5452641 | + EDI: AISACG.COM | Nov 15 2024 22:23:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5576945 | + EDI: AISACG.COM | Nov 15 2024 22:23:00 | Exeter Finance LLC, f/k/a Exeter Finance Corp., 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 5438995 | Email/Text: collecadminbankruptcy@fnni.com | Nov 15 2024 17:18:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 5436069 | EDI: JPMORGANCHASE | Nov 15 2024 22:23:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 5436077 | EDI: JPMORGANCHASE | Nov 15 2024 22:23:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5437305 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2024 17:33:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5436061 | Email/Text: mylawyer@jpplaw.com | Nov 15 2024 17:18:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5437998 | + Email/Text: cschmidt@mcfcu.org | Nov 15 2024 17:18:00 | MC Federal Credit Union, 390 Walnut St., Danville, PA 17821-1503 |
| 5440387 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2024 17:23:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5436079 | Email/Text: Mercury@ebn.phinsolutions.com | Nov 15 2024 17:18:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 5436080 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2024 17:23:02 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5436081 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2024 17:22:59 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5436082 | Email/Text: mmrgbk@miramedrg.com | Nov 15 2024 17:18:00 | Miramedrg, 360 E 22nd St, Lombard, IL 60148-4924 |
| 5566695 | Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2024 17:18:00 | Nationstar Mortgage LLC, PO BOX 619096, Dallas, TX 75261-9741 |
| 5566696 | Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2024 17:18:00 | Nationstar Mortgage LLC, PO BOX 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, PO BOX 619096, Dallas, TX 75261-9741 |
| 5437315 | Email/PDF: bankruptcy_prod@navient.com | Nov 15 2024 17:23:02 | NAVIENT PC TRUST, C/O Navient Solutions, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5436084 | | Email/PDF: bankruptcy_prod@navient.com | Nov 15 2024 17:22:57 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 5436083 | | Email/PDF: bankruptcy_prod@navient.com | Nov 15 2024 17:33:21 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 5440247 | + | Email/Text: bncnotifications@pheaa.org | Nov 15 2024 17:18:00 | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 5436086 | + | Email/Text: bncnotifications@pheaa.org | Nov 15 2024 17:18:00 | PHEAA 2012-1 FRN, 1200 N 7th St, Harrisburg, PA 17102-1444 |
| 5445990 | | EDI: PRA.COM | Nov 15 2024 22:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5436085 | | Email/Text: bncnotifications@pheaa.org | Nov 15 2024 17:18:00 | Pheaa, PO Box 61017, Harrisburg, PA 17106-1017 |
| 5436087 | + | Email/Text: bncnotifications@pheaa.org | Nov 15 2024 17:18:00 | Pheaa Secondary Mkt, 1200 N 7th St, Harrisburg, PA 17102-1444 |
| 5436292 | ^ | MEBN | Nov 15 2024 17:18:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5436088 | | EDI: PHINGENESIS | Nov 15 2024 22:23:00 | Tbom H Card/Gfscs, PO Box 4499, Beaverton, OR 97076-4499 |
| 5436089 | | Email/Text: EDBKNotices@ecmc.org | Nov 15 2024 17:18:00 | U S Dept of Ed/Gsl/Atl, PO Box 5609, Greenville, TX 75403-5609 |
| 5436090 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 15 2024 17:18:00 | U.S. Department of Education, ECMC/Attn: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 5436492 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 15 2024 17:18:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 5451457 | | Email/Text: EDBKNotices@ecmc.org | Nov 15 2024 17:18:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 5445629 | | EDI: AIS.COM | Nov 15 2024 22:23:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5439626 | + | EDI: WFFC2 | Nov 15 2024 22:23:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 5436091 | | EDI: WFFC2 | Nov 15 2024 22:23:00 | Wells Fargo Hm Mortgag, PO Box 10335, Des Moines, IA 50306-0335 |
| 5436092 | | EDI: WFFC2 | Nov 15 2024 22:23:00 | Wfhm, Attn: Bankruptcy, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5436063 | | Bel Air Owners Circle, Juan Ruiz de Alarcn No.2, Col. Arcos Valla |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Christopher A DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 John Joseph Jones MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Jasmine Minx Jones MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| John Joseph Jones, aka John J. Jones, aka John Jones, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:21-bk-02023-MJC |
| Jasmine Minx Jones, aka Jasmine Jones, aka Jasmine M. Jones, fka Jasmine Minx Helfrick, fka Jasmine Helfrick, fka Jasmine M. Helfrick, | | |
| **Debtor 2** | | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: November 15, 2024

ordsmiss (05/18)